UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE


BOBBY LYNN SHULTS                    )
                                     )
v.                                   )        NO. 2:03-CV-364
                                     )        (CR. 2:01-CR-51)
UNITED STATES OF AMERICA             )


# O R D E R

In accordance with the accompanying memorandum and order, this motion to
vacate, set aside, or correct a sentence filed under 28 U.S.C. § 2255 is **DENIED** and
the case **DISMISSED**.  For reasons stated in the memoranda and orders entered this
day and on December 6, 2004, should the petitioner give timely notice of an appeal
from this order, such notice will be treated as an application for a certificate of
appealability, which is hereby **DENIED** since an overview and assessment of his
claims has led the Court to conclude that he did not make a substantial showing of the
denial of a constitutional right.  28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b).

ENTER:



 s/Thomas Gray Hull
THOMAS GRAY HULL
   SENIOR U. S. DISTRICT JUDGE